Law Offices of
# Donald J. Yannella

A NY Professional Corporation
**Email:  nynjcrimlawyer@gmail.com**
**Office phone:  (212) 226-2883**
**Mobile phone:  (917) 549-6818**

**NJ address:**
135 Prospect Street
Ridgewood, NJ  07450

**NY address:**
52 Duane Street, 7th floor
New York, NY  10007

December 9, 2025

Hon. Richard J. Sullivan
500 Pearl Street
New York, NY  10007

   Re: United States v. Roy Valdez-Martinez
     08 Cr 1137 (RJS)

Dear Judge Sullivan:

   On December 2, 2025, I was appointed under the Criminal Justice Act to represent Roy Valdez-Martinez, upon his presentment before the Magistrate Judge in the Southern District of New York.  Yesterday, retained attorneys Patrick Joyce and Andrew Goodman files notices of appearance for Roy Valdez-Martinez.

   The matter is next on before Your Honor for a detention hearing on September 12, 2025. I respectfully request that I be relieved as counsel in this matter and excused from that appearance.

       Sincerely,

       /s/

       Donald Yannella, Esq.

```
The Court will take up Mr. Yannella's request to be relieved
at the hearing scheduled for December 12, 2025, at 10:00 a.m.
Mr. Yannella is directed to appear at that proceeding,
as are Defendant's recently retained counsel, Mr. Joyce and Mr.
Goodman.

SO ORDERED.
December 9, 2025
                              Richard J. Sullivan
                              United States Circuit Judge
                              Sitting by Designation
```