Law Offices of
# Donald J. Yannella
A NY Professional Corporation
**Email:  nynjcrimlawyer@gmail.com**
**Office phone:  (212) 226-2883**
**Mobile phone:  (917) 549-6818**

**NJ address:**
135 Prospect Street
Ridgewood, NJ  07450

**NY address:**
52 Duane Street, 7th floor
New York, NY  10007

December 12, 2025

Hon. Richard J. Sullivan
500 Pearl Street
New York, NY  10007

Re:      United States v. Roy Valdez-Martinez
         08 Cr 1137 (RJS)

Dear Judge Sullivan:

On December 2, 2025, I was appointed under the Criminal Justice Act to represent Roy Valdez-Martinez, upon his presentment.  Since then, retained attorneys Patrick Joyce and Andrew Goodman files notices of appearance for.  Your Honor ordered me to appear for consideration of a substitution of counsel, and the matter is also on for a detention hearing today.

I respectfully request that I be permitted to appear via telephone because I am ill. I could not come to the courthouse today, even though I have two appearances scheduled in 500 Pearl Street.  However, I could appear via telephone.  My telephone number is (917) 549-6818. I apologize for any inconvenience this causes and that I could not let the Court know earlier.  I had hoped to be well enough to appear.

Sincerely,

/s/

Donald Yannella, Esq.

Mr. Yannella's request to appear via telephone at the hearing scheduled for December 12, 2025, at 10:00 a.m. is granted.  The Clerk of Court is respectfully directed to terminate the motion pending at Docket Number 223.

SO ORDERED.
December 12, 2025

Richard J. Sullivan
United States Circuit Judge
Sitting by Designation

December 12, 2025
Page **2** of **2**