UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | |
| ROY VALDEZ-MARTINEZ, | |
| Defendant. | |

No. 08-cr-1137-5 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

For the reasons stated on the record during the conference held on December 12, 2025, IT IS

HEREBY ORDERED THAT Defendant is released pending trial, subject to the following conditions:

1. Defendant shall sign a $200,000.00 personal recognizance bond;

2. The bond shall be co-signed by two financially responsible persons no later than December 19, 2025;

3. Defendant shall reside with his mother, Fiorda Martinez, at ███████████████████ ██████;

4. Defendant shall remain at that address between the hours of 11:00 p.m. and 6:00 a.m.;

5. Defendant shall submit to electronic location monitoring;

6. Defendant shall be subject to pre-trial supervision in the Southern District of New York;

7. Defendant shall not leave the Southern District of New York;

8. Defendant shall not apply for any passport; and

9. Defendant shall find and maintain employment.

SO ORDERED.

Dated:     December 12, 2025
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation