

70 Lafayette Street
Third Floor
New York, NY 10013
P: (917) 740-2910
mooregoodmanlaw.com

December 17, 2025

*Via ECF*
Hon. Richard J. Sullivan
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

> **RE:**   *United States v. Roy Valdez-Martinez*, **08-CR-01137**
> **Request for Extension of Time to Co-Sign Bond**

Dear Judge Sullivan,

As you know, my office is co-counsel for defendant Roy Valdez-Martinez. On December 12, 2025, the Court released Mr. Valdez-Martinez pursuant to several bond conditions, one of which was that the $200,000 bond be co-signed by two financially responsible persons on or before this Friday, December 19, 2025.

While two financially responsible relatives of Mr. Valdez-Martinez are prepared to co-sign his bond, the Government has not yet been able to schedule interviews with the two proposed co-signors to verify their suitability, and will not be able to do so by this Friday. Mr. Valdez-Martinez is otherwise fully compliant with his release conditions.

We have conferred with counsel for the Government, who consents to extension of time to co-sign the bond and has indicated that an extension to January 2, 2026, would be appropriate. Accordingly, we respectfully request that the Court modify Mr. Valdez-Martinez' release conditions solely to the extent of extending the time for the bond to be co-signed until January 2, 2026.

We thank the Court for its consideration.

Sincerely,

Andrew L. Goodman

cc:   Mostafa Khairy, AUSA
      *Via ECF*

> Defendant's request is GRANTED. The deadline for two financially responsible persons to co-sign Defendant's bond is hereby extended to January 2, 2026. The Clerk of Court is respectfully directed to terminate the motion pending at document number 227.
>
> SO ORDERED.
> December 18, 2025
>
> Richard J. Sullivan
> United States Circuit Judge
> Sitting by Designation