UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

No. 08-cr-1137-5 (RJS)

ROY VALDEZ-MARTINEZ,

ORDER

Defendant.

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the change-of-plea hearing currently scheduled for 10:00 a.m. on February 13, 2026, is adjourned to 12:00 p.m. on February 13, 2026, in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:      February 6, 2026
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation