UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ROY VALDEZ-MARTINEZ,<br><br>       Defendant. | No. 08-cr-1137-5 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

On February 13, 2026, the Court reserved decision on whether to accept Defendant's guilty plea to Count One of the Superseding Information, which charges Defendant with misprision of a felony under 18 U.S.C. § 4 based on an underlying violation of 18 U.S.C. § 1956(a)(1)(B)(ii).  The Court stated that its acceptance of Defendant's guilty plea was subject to confirmation through a separate written order and scheduled a tentative date for sentencing, which is currently set for June 12, 2026.

Accordingly, to facilitate further proceedings in this matter, the parties are directed to submit a written response, which may be joint or separate, addressing the following questions:

1. Whether a conviction under 18 U.S.C. § 4 that is predicated on an underlying violation of 18 U.S.C. § 1956(a)(1) requires the defendant to have had actual knowledge that the principal transacted in proceeds of specified unlawful activity.  *See Mendez v. Barr*, 960 F.3d 80, 84 (2d Cir. 2020); *United States v. Olson*, 856 F.3d 1216, 1220 (9th Cir. 2017).

2. Whether a conviction under 18 U.S.C. § 4 requires the defendant to have had actual knowledge that the underlying offense constituted a felony.  *See Olson*, 856 F.3d at 1224.

3. Whether, assuming that each of the foregoing questions is answered in the affirmative, the record establishes a sufficient factual basis to accept Defendant's guilty plea.

The parties shall submit their response(s) addressing these questions and proposing next steps on or before March 13, 2026.

SO ORDERED.

Dated:        February 20, 2026
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation