UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ROY VALDEZ-MARTINEZ,

Defendant.

No. 08-cr-1137-5 (RJS)

MEMORANDUM AND ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on October 7, 2026 at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York to discuss the proposed plea agreement and superseding information.

SO ORDERED.

Dated: September 14, 2026
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation